Raymond **ARCINIEGA**, Petitioner-Appellant,

v.

Edward R. **FREEMAN**, U. S. Marshal, Respondent-Appellee.

No. 26244.

United States Court of Appeals, Ninth Circuit.

Nov. 30, 1971.

Before CARTER, WRIGHT and TRASK, Circuit Judges.

Pursuant to the order of the Supreme Court of the United States, dated October 26, 1971, 404 U.S. 4, 92 S.Ct. 22, 30 L.Ed.2d 126 reversing 439 F.2d 776, this cause is remanded to the district court for further proceedings.

Chesley **KARR**, a minor, Individually and John R. Karr, Individually and as next friend and Guardian ad Litem on behalf of themselves and all others similarly situated, Plaintiffs-Appellees,

v.

Clifford **SCHMIDT**, Principal of Coronado High School, et al., etc., Defendants-Appellants.

No. 31045.

United States Court of Appeals, Fifth Circuit.

Dec. 17, 1971.

A. R. Grambling, Morris A. Galatzan, Harold L. Sims, El Paso, Tex., for defendants-appellants.

Ruth Kern, Clarence D. Moyers, El Paso, Tex., Bart Cox, El Paso, Tex., of counsel, for plaintiffs-appellees.

Before JOHN R. BROWN, Chief Judge, and WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, INGRAHAM and RONEY, Circuit Judges.

BY THE COURT:

The Court on its own motion having determined to consider this cause en banc, it is ordered that the submission of this cause to the panel of Judges Thornberry, Morgan and Clark is hereby vacated, and the cause shall be heard en banc on briefs without oral argument. The Clerk shall fix a briefing schedule for filing supplemental briefs.

Robert E. **KENNEDY**, Appellant,

v.

**COMMISSIONER OF INTERNAL REVENUE.**

No. 19530.

United States Court of Appeals, Third Circuit.

Submitted on Briefs Nov. 18, 1971.

Decided Dec. 22, 1971.

Robert E. Kennedy, pro se.

J. Munford Scott, Jr., Department of Justice, Tax Division, Washington, D. C. (Fred B. Ugast, Acting Asst. Atty. Gen., Meyer Rothwacks, Ann E. Belanger, Attys., Tax Division, Department of Justice, Washington, D. C., on the brief), for appellee.

Before BIGGS, ADAMS and ROSENN, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

We have examined with care the appellant's contentions on this appeal and find them to be without merit. We will affirm the decision of the Tax Court upon the thorough opinion of Judge Dawson, 29 T.C.M. 255.